933 A.2d 650

COMMONWEALTH of Pennsylvania, Appellee,

v.

Thomas McCANDLESS, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 16, 2006.

Decided Oct. 16, 2007.

Michael Canick Schwartz, Esq., Philadelphia, for Thomas McCandless.

Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2007, the appeal is hereby dismissed as having been improvidently granted.